IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| STARR-IVA WATER AND SEWER DISTRICT, | ) ) ) | Civil Action No. `8:12cv2365-HMH` |
| Plaintiff, | ) ) | |
| vs. | ) ) | Starr-Iva Water and Sewer District's Responses to Rule 7.1 |
| CITY OF ANDERSON, a Municipality, | ) ) ) | |
| Defendant. | ) ) | |

**PURSUANT TO** Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Starr-Iva Water and Sewer District ("Plaintiff" or "Starr-Iva"), by and through its undersigned counsel, make the following disclosure:

1. Is the party a non-governmental corporate party?

    **Answer: No. Starr-Iva is a public service district, a public body politic and corporate of the state pursuant to S.C. Code 33-36-1310 *et. seq.***

2. If the answer to Number 1 is "Yes," list below any parent corporation or state that there is no such corporation:

    **Answer: While a response is not required, Starr-Iva does state that it does not have a parent corporation.**

3. If the answer to Number 1 is "Yes," list below any publically held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    **Answer: While a response is not required, Starr-Iva does state that it is not a publicly owned company, nor does any publicly owned company have an ownership interest in Starr-Iva. Starr-Iva is a special purpose district.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                    NELSON MULLINS RILEY & SCARBOROUGH LLP

                    By: s/Rivers S. Stilwell
                        Rivers S. Stilwell
                        Federal Bar No. 6271
                        E-Mail: rivers.stilwell@nelsonmullins.com
                        Lane W. Davis
                        Federal Bar No. 7739
                        E-Mail: lane.davis@nelsonmullins.com
                        104 South Main Street / Ninth Floor
                        Post Office Box 10084 (29603-0084)
                        Greenville, SC  29601
                        (864) 250-2300

                        William N. Epps, Jr.
                        Federal Bar No. 728
                        Epps, Nelson & Epps
                        230 West Whitner Street
                        P.O. Box 2167
                        Anderson, SC 29622
                        (864) 224-2111

                    Attorneys for Starr-Iva Water and Sewer District

Greenville, South Carolina
August 17, 2012