IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Starr-Iva Water and Sewer District, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>City of Anderson, a Municipality, )<br>)<br>Defendant. )<br>) | Civil Action No. 8:12-cv-2365-TMC<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order dated July 11, 2016 (ECF No. 116), the Parties respectfully submit this Joint Status Report to notify the Court of the status of this case.

Plaintiff Starr-Iva Water and Sewer District ("Starr-Iva") proposes dismissing the claims relating to water service for the Owens-Corning plant. In addition, Starr-Iva proposes dismissing the claims related to the *City of Beaufort v. Beaufort-Jasper County Water and Sewer Authority*, 325 S.C. 174, 179, 480 S.E.2d 728, 731 (1997) authority as they apply to the First Quality plant.

Therefore, Starr-Iva proposes amending its Complaint accordingly, with the Court's discretion. Pending review of the proposed Amended Complaint, the Defendant City of Anderson consents to the dismissal/amendments as specifically outlined above but reserves its right to object to any additional amendments.

The Defendant City of Anderson is today also filing its Renewed Motions for Summary Judgment and supporting memorandum thereto and reserves the right to amend/re-file the motions after the filing of the Amended Complaint.

*Signature Block Next Page*

        NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  s/Rivers S. Stilwell
     Rivers S. Stilwell
     Federal Bar No. 6271
     E-Mail: rivers.stilwell@nelsonmullins.com
     Sarah R. Anderson
     Federal Bar No. 11405
     E-Mail: sarah.anderson@nelsonmullins.com
     104 South Main Street / Ninth Floor
     Post Office Box 10084 (29603-0084)
     Greenville, SC  29601
     (864) 250-2300

Attorneys for Starr-Iva Water and Sewer District

Greenville, South Carolina
July 25, 2016

        LOGAN, JOLLY & SMITH, LLP

By:  s/James W. Logan, Jr.
James W. Logan, Jr.
Federal Bar No. 2712
E-Mail:  logan@loganjollysmith.com
James D. Jolly, Jr.
Federal Bar No. 1410
jolly@loganjollysmith.com
P.O. Box 259
Anderson, SC  29622
1805 North Boulevard
Anderson, SC  29621
(864)226-1910
(864)226-1931 (fax)

Frank H. Gibbes, III
Federal Bar No. 2084
E-Mail: fgibbes@gibbesburton.com
Gibbes Burton, LLC
308 East St. John Street
Spartanburg, SC  29302
(864)327-5000
(864)327-5001 (fax)

Attorneys for City of Anderson

July 25, 2016