IN THE UNITED STATES DISTRICT COURT
FOR THE DIVISION OF SOUTH CAROLINA
ANDERSON DIVISION
C.A. No.: 8:12cv2365-TMC

| | |
|---|---|
| Starr-Iva Water and Sewer District, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>City of Anderson, a Municipality, )<br> )<br>Defendant, )<br>_____ ) | DEFENDANT'S RENEWED MOTIONS<br>FOR SUMMARY JUDGMENT |

**YOU WILL PLEASE TAKE NOTICE** that the Defendant City of Anderson, by and through its undersigned counsel, hereby renews its previously filed Motions for Summary Judgment pursuant to Rule 56.

These renewed Motions are based on the arguments, facts, exhibits, and authority as set forth in the Memorandum filed herewith in support of this Motion, including the fact that these same claims have been fully adjudicated in the Circuit Court for Anderson County, South Carolina in the case of *West Anderson Water District v. City of Anderson,* Civil Action No. 2012-CP-04-2770.

Respectfully submitted,

LOGAN, JOLLY & SMITH, LLP

s/James W. Logan, Jr.
James W. Logan, Jr. (Fed ID #:  2712)
James D. Jolly, Jr. (Fed ID #:  1410)
P.O. Box 259
Anderson, SC  29622
1805 North Boulevard
Anderson, SC  29621
logan@loganjollysmith.com
jolly@loganjollysmith.com
(864) 226-1910
(864) 226-1931 (fax)

        Frank H. Gibbes, III (Fed ID #:  2084)
        Gibbes Burton, LLC
        308 East St. John Street
        Spartanburg, SC  29302
        fgibbes@gibbesburton.com
        (864) 327-5000
        (864) 327-5001 (fax)

        ATTORNEYS FOR THE DEFENDANT

Dated:  July 25, 2016