IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Starr-Iva Water and Sewer District, | ) | Civil Action No.  8:12-cv-2365-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF STARR-IVA'S CONSENT** |
| | ) | **MOTION FOR ADDITIONAL TIME** |
| City of Anderson, a Municipality, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Starr-Iva Water and Sewer District ("Starr-Iva") respectfully requests fourteen (14) additional days to file its brief(s) in Opposition to Defendant's Renewed Motions for Summary Judgment (ECF No. 118).

The grounds for this Motion are that counsel for Starr-Iva, Rivers S. Stilwell, is recovering from an unexpected major surgery.  Additionally, as noted in the Joint Status Report dated July 25, 2016 (ECF No. 117), Starr-Iva intends to file a Motion to Amend its Complaint, which may narrow the issues addressed in Defendant's Renewed Motions for Summary Judgment, and needs additional time to prepare same.

Defendant's counsel has graciously consented to the extension.  If the Court, in its discretion, grants the extension, the deadline for Starr-Iva's Response will move from August 11, 2016 to August 25, 2016.

*Signature Block Next Page*

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP


By:   s/Sarah R. Anderson
        Rivers S. Stilwell (Federal Bar No. 6271)
        E-Mail: rivers.stilwell@nelsonmullins.com
        Sarah R. Anderson (Federal Bar No. 11405)
        E-Mail: sarah.anderson@nelsonmullins.com
        104 South Main Street / Ninth Floor
        Post Office Box 10084 (29603-0084)
        Greenville, SC  29601
        (864) 250-2300

     *Attorneys for Starr-Iva Water and Sewer District*

Greenville, South Carolina
August 10, 2016

**LOGAN, JOLLY & SMITH, LLP**

By:  s/James W. Logan, Jr.
        James W. Logan, Jr. (Federal Bar No. 2712)
        E-Mail:  logan@loganjollysmith.com
        James D. Jolly, Jr. (Federal Bar No. 1410)
        jolly@loganjollysmith.com
        P.O. Box 259
        Anderson, SC  29622
        1805 North Boulevard
        Anderson, SC  29621
        (864)226-1910
        (864)226-1931 (fax)

        Frank H. Gibbes, III (Federal Bar No. 2084)
        E-Mail: fgibbes@gibbesburton.com
        Gibbes Burton, LLC
        308 East St. John Street
        Spartanburg, SC  29302
        (864)327-5000
        (864)327-5001 (fax)

     *Attorneys for City of Anderson*

Anderson, South Carolina
August 10, 2016

2