IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Starr-Iva Water and Sewer District, | ) | Civil Action No.  8:12-cv-2365-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF STARR-IVA'S SECOND** |
| | ) | **CONSENT MOTION FOR** |
| City of Anderson, a Municipality, | ) | **ADDITIONAL TIME** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Starr-Iva Water and Sewer District ("Starr-Iva") respectfully requests the Court grant until Friday September 2, 2016 file its brief(s) in Opposition to Defendant's Renewed Motions for Summary Judgment (ECF No. 118).

The grounds for this Motion are that the undersigned counsel for Starr-Iva is experiencing substantial difficulties in managing both his personal caseload and that of Attorney Stilwell during his recovery period.  However, a responsive filing and amended complaint will be finalized by next Friday, if the Court would so allow.

Defense counsel has graciously consented to the extension.  If the Court, in its discretion, grants the extension, the deadline for Starr-Iva's Response will be moved to September 2, 2016.

*Signature Block Next Page*

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/Lane W. Davis
　　Lane W. Davis (Federal Bar No. 7739)
　　E-Mail: lane.davis@nelsonmullins.com
　　Rivers S. Stilwell (Federal Bar No. 6271)
　　E-Mail: rivers.stilwell@nelsonmullins.com
　　Sarah R. Anderson (Federal Bar No. 11405)
　　E-Mail: sarah.anderson@nelsonmullins.com
　　104 South Main Street / Ninth Floor
　　Post Office Box 10084 (29603-0084)
　　Greenville, SC  29601
　　(864) 250-2300

*Attorneys for Starr-Iva Water and Sewer District*

Greenville, South Carolina
August 26, 2016

**LOGAN, JOLLY & SMITH, LLP**

By: s/James W. Logan, Jr.
　　James W. Logan, Jr. (Federal Bar No. 2712)
　　E-Mail:  logan@loganjollysmith.com
　　James D. Jolly, Jr. (Federal Bar No. 1410)
　　jolly@loganjollysmith.com
　　P.O. Box 259
　　Anderson, SC  29622
　　1805 North Boulevard
　　Anderson, SC  29621
　　(864)226-1910
　　(864)226-1931 (fax)

　　Frank H. Gibbes, III (Federal Bar No. 2084)
　　E-Mail: fgibbes@gibbesburton.com
　　Gibbes Burton, LLC
　　308 East St. John Street
　　Spartanburg, SC  29302
　　(864)327-5000
　　(864)327-5001 (fax)

*Attorneys for City of Anderson*

Anderson, South Carolina
August 26, 2016