IN THE UNITED STATES DISTRICT COURT
FOR THE DIVISION OF SOUTH CAROLINA
ANDERSON DIVISION
C.A. No.: 8:12cv2365-TMC

| | |
|---|---|
| Starr-Iva Water and Sewer District, ) | |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANT'S MOTION |
| v. ) | FOR ADDITIONAL TIME TO |
| ) | FILE MOTION FOR SUMMARY |
| City of Anderson, a Municipality, ) | JUDGMENT |
| ) | |
| Defendant, ) | |
| _____ ) | |

Defendant City of Anderson respectfully requests additional time to file its Motion for Summary Judgment. The Motion is currently due on November 7, 2016, and the Defendant would request an extension of time until November 14, 2016. The Plaintiff's attorney has graciously consented to the extension.

**WE SO MOVE:**

**LOGAN, JOLLY & SMITH, LLP**

s/James W. Logan, Jr.
James W. Logan, Jr. (Fed ID #:  2712)
James D. Jolly, Jr. (Fed ID #:  1410)
P.O. Box 259
Anderson, SC  29622
1805 North Boulevard
Anderson, SC  29621
logan@loganjollysmith.com
jolly@loganjollysmith.com
(864) 226-1910
(864) 226-1931 (fax)

1

Frank H. Gibbes, III (Fed ID #:  2084)
Gibbes Burton, LLC
308 East St. John Street
Spartanburg, SC  29302
fgibbes@gibbesburton.com
(864) 327-5000
(864) 327-5001 (fax)

ATTORNEYS FOR THE DEFENDANT


**WE CONSENT:**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

s/Rivers S. Stilwell
Rivers S. Stilwell
Federal Bar No. 6271
E-Mail: rivers.stilwell@nelsonmullins.com
Lane W. Davis
Federal Bar No. 7739
E-Mail: lane.davis@nelsonmullins.com
104 S. Main Street
Greenville, SC 29601
(864)250-2300
(864)250.2383 (fax)

William N. Epps, Jr.
Federal Bar No. 728
Epps, Nelson & Epps
230 West Whitner Street
P.O. Box 2167
Anderson, SC 29622 (864) 224-2111

ATTORNEYS FOR PLAINTIFF


November 7, 2016.