IN THE UNITED STATES DISTRICT COURT
FOR THE DIVISION OF SOUTH CAROLINA
ANDERSON DIVISION
C.A. No.: 8:12cv2365-TMC

| | |
|---|---|
| Starr-Iva Water and Sewer District, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION** |
| v. ) | **FOR SUMMARY JUDGMENT** |
| ) | |
| City of Anderson, a Municipality, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

**YOU WILL PLEASE TAKE NOTICE** that the Defendant City of Anderson, by and through its undersigned counsel, hereby moves the Court for summary judgment pursuant to Rule 56. The Motion is based on the following:

This Motion is based on the arguments, facts, exhibits, and authority as set forth in the Memorandum filed herewith in support of this Motion.

Respectfully submitted,

LOGAN, JOLLY & SMITH, LLP

s/James W. Logan, Jr.
James W. Logan, Jr. (Fed ID #: 2712)
James D. Jolly, Jr. (Fed ID #: 1410)
P.O. Box 259
Anderson, SC 29622
1805 North Boulevard
Anderson, SC 29621
logan@loganjollysmith.com
jolly@loganjollysmith.com
(864) 226-1910
(864) 226-1931 (fax)

Frank H. Gibbes, III (Fed ID #: 2084)
Gibbes Burton, LLC

1

308 East St. John Street
Spartanburg, SC  29302
fgibbes@gibbesburton.com
(864) 327-5000
(864) 327-5001 (fax)

ATTORNEYS FOR THE DEFENDANT

2